**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **Gregory Karr,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) Case No.: 1:23-cv-517-RLY-MG |
| **Merchants' Credit Guide Company,** | ) ) ) |
| **Defendant.** | ) ) ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the Parties in this cause, this cause of action is hereby dismissed with prejudice, with each party to bear their own attorney fees and costs.

6/08/2023
Date

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**ECF notification:**

Copies to electronically registered counsel of record.